UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>                         Plaintiff,<br>v.<br><br>LAS VEGAS RENTAL & REPAIR, LLC, et al.<br><br>                         Defendants. | Case No. 2:15-cv-00537-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #11) |

This matter is before the court on the Substitution of Attorney (Dkt. #11) filed April 29, 2015. Joseph Garin, William Ebert and Siria Gutierrez of Lipson Neilson Cole Seltzer & Garinof seek leave to be substituted in the place and stead of Justin Jones, Gregory Kerr and Jordan Butler of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP for Defendant Monaco Landscape Maintenance Association, Inc. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #11) is **APPROVED**.
2. Joseph Garin, William Ebert and Siria Gutierres of Lipson Neilson Cole Seltzer & Garinof, are substituted in the place of Justin Jones, Gregory Kerr and Jordan Butler

/ / /

/ / /

/ / /

of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP for Defendant Monaco Landscape Maintenance Association, Inc., subject to the provisions of LR IA 10-6(c) and (d).

DATED this 5th day of May, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE