LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
J. WILLIAM EBERT, ESQ.
NEVADA BAR NO. 2697
SIRIA L. GUTIERREZ, ESQ.
NEVADA BAR NO. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada  89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant*
*MONACO LANDSCAPE*
*MAINTENANCE ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREEN TREE SERVICING, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAS VEGAS RENTAL & REPAIR LLC; MONACO LANDSCAPE MAINTENANCE ASSOCIATION; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 8447 Galliano Avenue, Las Vegas, Nevada 89117,<br><br>    Defendants. | CASE NO: 2:15-cv-00537-JAD-PAL |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST (FIRST REQUEST)

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant MONACO LANDSCAPE MAINTENANCE ASSOCIATION ("Defendant") shall have through and including **July 20, 2015**, within which to file and

serve a response to Plaintiff's First Set of Requests for Production of Documents ("Discovery Request"). This is the first extension from the original due date July 13, 2015, and the defendant's first request.

Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is that Defendant requires more time to evaluate available documents and to respond to Plaintiff's Discovery Request. The parties have entered into the agreement in good faith and not for purposes of delay.

DATED this 8th day of July, 2015.

**WOLFE & WYMAN LLP**

/s/ Michael Li
COLT B. DODRILL, ESQ.
NEVADA BAR NO. 9000
MICHAEL LI, ESQ.
NEVADA BAR NO. 12807
980 Kelly Johnson Dr., Suite 140
Las Vegas, Nevada 89119

*Attorneys for Plaintiff*

DATED this 8th day of July, 2015.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

/s/ Siria L. Gutierrez
JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 6653
SIRIA L. GUTIERREZ, ESQ.
NEVADA BAR NO. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*
*Monaco Landscape*
*Maintenance Association*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 14, 2015