# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Green Tree Servicing, LLC, | Case No.: 2:15-cv-00537-JAD-PAL |
| Plaintiff | |
| v. | **Order Lifting Stay** |
| Las Vegas Rental & Repair, LLC, et al. | [ECF Nos. 87, 88] |
| Defendants | |
| ALL OTHER CLAIMS/PARTIES | |

Good cause appearing, IT IS HEREBY ORDERED that Green Tree Servicing's motion to lift stay **[ECF No. 88] is GRANTED IN PART**, in that THE STAY IS LIFTED, but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**Meet & Confer:**

**The parties have until May 17, 2019, to meet and confer** as defined by Local Rule IA 1-3(f) regarding (1) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, (2) the issues that the parties intend to raise in their dispositive motions, and (3) whether they can resolve their differences without further litigation. **A party representative must attend the meet and confer, either in person or by telephone.** Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

**Certificate Required with Dispositive Motions:**

Any dispositive motion filed in this action must be accompanied by a declaration by the movant's counsel that sets forth the details of the meet-and-confer in compliance with Local Rule IA 1-3(f)(2) and certifies that, despite good-faith efforts, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

**Dispositive-motion Deadline**

Dispositive motions must be filed by **June 7, 2019.**

IT IS FURTHER ORDERED that because Defendant Monaco Landscape Maintenance Association's Renewed Motion for Summary Judgment was filed before this stay was lifted, that motion **[ECF No. 87] is DENIED** without prejudice to its refiling with a certificate that complies with this order.

Dated: April 22, 2019

_____
U.S. District Judge Jennifer A. Dorsey