1  SAO
   COLT B. DODRILL, ESQ.
2  Nevada Bar No. 9000
   WOLFE & WYMAN LLP
3  6757 Spencer Street
   Las Vegas, NV  89119
4  Tel: (702) 476-0100
   Fax: (702) 476-0101
5  cbdodrill@ww.law

6  Attorney for Plaintiff/Counterclaim Defendant
   GREEN TREE SERVICING LLC, now
7  known as Ditech Financial LLC

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 GREEN TREE SERVICING LLC,          CASE NO. 2:15-cv-00537-JAD-PAL

11          Plaintiff,

12   v.                               **STIPULATION AND ORDER TO
                                       DISMISS MONETARY CLAIMS
13 LAS VEGAS RENTAL & REPAIR LLC SERIES  AGAINST DITECH**
   73; MONACO LANDSCAPE MAINTENANCE
14 ASSOCIATION,

15          Defendants.

16 LAS VEGAS RENTAL & REPAIR LLC SERIES
   73, a Nevada Limited Liability Company,
17
18          Counterclaim Plaintiff,

19   v.

20 GREEN TREE SERVICING LLC; DOE
   INDIVIDUALS 1 through 10, inclusive; ROE
21 CORPORATIONS 1 through 10, inclusive,

22          Counterclaim Defendants.

23 LAS VEGAS RENTAL & REPAIR LLC
   SERIES 73, a Nevada Limited Liability
24 Company,

25          Third Party Plaintiff,
     v.
26 ANAMARIE I. DUMITRESCU, an individual;
   DOE INDIVIDUALS 1 through 10, inclusive; ROE
27 CORPORATIONS 1 through 10, inclusive,

28          Third Party Defendants.

                        1

3525319.1

**STIPULATION**

Ditech Financial LLP ("Ditech") and Las Vegas Rental & Repair LLC Series 73 ("LVRR") by and through their undersigned counsel of record hereby stipulate as follows:

1.      On February 11, 2019 , Ditech filed a Bankruptcy with the United States Bankruptcy Court for the Southern District of New York.

2.      On September 26, 2019, the Bankruptcy Court entered the Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1404) (the" Confirmation Order") approving the terms of the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors (ECF No. 1326) (the "Plan"). The Plan incorporates the sale of Ditech's reverse and forward businesses to separate buyers (the "Buyers").

3.      The Plan contains a permanent injunction (the "Injunction") that specifically prohibits parties from, among other things, taking actions inconsistent with the Plan, including, as relevant here, forever prosecuting any action against Ditech for monetary recovery on account of any claim arising prior to the closing of the transactions under the Plan—September 30, 2019.

4.      Given the foregoing, LVRR and Ditech hereby stipulate and agree to voluntarily dismiss with prejudice all claims against Ditech in this action for monetary damages or other monetary relief, including costs and attorney's fees.

///

///

///

///

///

///

///

///

///

///

///

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

W&W

1    5.    All other claims and defenses regarding title to the property and the effect of the

2  HOA foreclosure sale remain in dispute.

3        **IT IS SO STIPULATED**.

4

5  DATED:  January 28, 2020              DATED: _____, 2020

6  WOLFE & WYMAN LLP                    CLARK NEWBERRY LAW FIRM

7

8  By:  /s/Colt B. Dodrill_____    By:  /s/Tara Clark Newberry
         COLT B. DODRILL, ESQ.                    TARA CLARK NEWBERRY, ESQ.
9        Nevada Bar No. 9000                      Nevada Bar No. 10696
         *cbdodrill@ww.law*                       *tnewberry@cnlawlv.com*
10       6757 Spencer St.                         810 South Durango Drive, Suite 102
         Las Vegas, NV  89119                     Las Vegas, NV 89145
11       Plaintiff/Counterclaim Defendant         Attorneys for Defendant/Counterclaimant
         GREEN TREE SERVICING LLC, now            LAS VEGAS RENTAL & REPAIR LLC
12       known as Ditech Financial LLC            SERIES 73

13

14

15

16

17                              **ORDER**

18       **IT IS SO ORDERED**.

19

20                              _____

21                              UNITED STATES DISTRICT JUDGE
                                January 30, 2020.
22

23

24

25

26

27

28